September 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

AIR VOICE WIRELESS, LLC, Appellant

NO. 14-15-00548-CV                          V.

M&E ENDEAVOURS LLC, Appellee

_____

   This cause, an appeal from the judgment in favor of appellee, M&E Endeavours LLC, signed January 23, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

   We further order that all costs incurred by reason of this appeal be paid by appellee, M&E Endeavours LLC.

   We further order this decision certified below for observance.